# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **Foy & Associates, P.C.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. |
| | ) | |
| **Franklin D. Azar and** | ) | |
| **Associates, P.C.,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>COMPLAINT</u>

Foy & Associates, P.C. ("Foy PC") files this Complaint against Defendant Franklin D. Azar and Associates, P.C. ("Azar PC"), showing the Court as follows:

### INTRODUCTION

John Foy has long been known as The Strong Arm in the Atlanta, Georgia area. Defendant Azar PC is now threatening to sue Foy PC for trademark infringement after sitting on its purported rights for fourteen (14) years. Many years ago, John Foy and Franklin Azar filmed television commercials together promoting their respective firms under The Strong Arm names. Only now is Defendant Azar PC complaining. Defendant Azar PC has no trademark rights

in The Strong Arm superior to Foy PC. Foy PC has lawful rights to use The Strong Arm name.

## PARTIES, JURISDICTION, AND VENUE

1. Foy PC is a professional corporation organized and existing under the laws of the State of Georgia with its principal place of business at 3343 Peachtree Road, Suite 350, Atlanta, Georgia 30326.

2. Upon information and belief, Defendant Franklin D. Azar & Associates, PC ("Azar PC") is a professional corporation organized and existing under the laws of the State of Colorado with its principal place of business at 14426 East Evans Avenue, Aurora, Colorado 80014. The Registered Agent for service of process is Franklin D. Azar at 14426 East Evans Avenue, Aurora, Colorado 80014.

3. This is an action for declaratory judgment under 28 U.S.C. § 2201(a) and § 2202; cancellation of trademarks under 15 U.S.C. § 1119; concurrent territorial trademark rights under 15 U.S.C. § 1119; and trademark infringement.

4. This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1338(a) and (b).

5. Upon information and belief, this Court has personal jurisdiction over Azar PC because Foy PC's causes of action arise from or are directly related to Azar's PC's contacts with Georgia. This Court also has general jurisdiction over Azar PC because Azar PC has engaged in continuous and systematic activities within Georgia. Azar

PC conducts business in the State of Georgia, has availed itself of the rights and benefits of Georgia law, and has engaged in substantial and continuing contacts with Georgia.

6. Venue is proper in this district under 28 U.S.C. §§ 1391(b)(2) and (3) and (c)(2).

**FACTS**

*John Foy and Foy PC's Use of The Strong Arm Name*

7. John Foy's law practice and the law firm of Foy PC are based in Atlanta, Georgia. The firm concentrates exclusively on injury matters such as workplace injury claims, motor vehicle accident cases, and wrongful death cases.

8. Foy PC's geographic area for its legal services is the entire State of Georgia with overlap into the neighboring States of Alabama, Florida, and South Carolina (the "Geographic Area").

9. Within the Geographic Area, John Foy and Foy PC are widely known as "The Strong Arm." John Foy and Foy PC have extensively advertised as The Strong Arm in the Geographic Area.

10. Foy PC's advertising as The Strong Arm has crossed multiple media, including television commercials, YouTube videos, billboards, buses, transit signs, social media, radio, internet marketing, and other media. Some sample advertising is attached as Exhibit 1.

11. John Foy and Foy PC have continually advertised as The Strong Arm in the Geographic Area since at least as early as 2005.

12. John Foy & Associates even has a trademark registration for The Strong Arm in the State of Georgia (Reg. No. S-26576). Georgia Trademark Registration, attached as Exhibit 2. John Foy & Associates claim use of The Strong Arm dating back to July 1, 2005. *Id.*

**Azar PC's Knowledge of Foy PC and Other Third Party Use of The Strong Arm**

13. Azar PC has been well aware of John Foy and Foy PC's use of The Strong Arm name. In fact, over a decade ago, John Foy and Franklin D. Azar shot television commercials together promoting their respective law firms under The Strong Arm name. John Foy and Azar PC used some of the exact same marketing materials created by the same production company that promoted the respective firms under The Strong Arm name.

14. In addition to John Foy and Foy PC, other attorneys and law firms hold themselves out as The Strong Arm across the United States.

15. Personal injury law firm Attorney Dean Boyd, PLLC ("Boyd") of Amarillo, Texas is also known as The Strong Arm. Sample pages of the Boyd Website, attached as Exhibit 3.

16. Personal injury law firm The Law Offices of Frank D'Amico Jr. APLC of New Orleans, Louisiana is also known as The Strong Arm. Frank D'Amico Jr. Website, attached as Exhibit 4. Frank D'Amico Jr. also has a trademark registration for The Strong Arm of

the Law & Logo in the State of Louisiana (Book #58-6743). Louisiana Trademark Registration, attached as Exhibit 5. Frank D. Amico Jr. claims use of the mark dating back to June 1, 2003. *Id.*

17. Recently deceased Dallas-based attorney Brian Loncar and his law firm, Loncar & Associates, are also widely referred to as The Strong Arm. Loncar Television Commercial and YouTube Videos, attached as Exhibit 6. Loncar and Franklin Azar also shot television commercials together promoting their respective law firms under The Strong Arm name.

***Azar PC's Considerable Delay in Claiming Trademark Rights***

18. Azar PC waited until June 14, 2011, roughly eight (8) years after John Foy and Foy PC began using The Strong Arm in the Geographic Area, to file a federal trademark application for The Strong Arm.

19. Azar PC obtained a federal trademark registration for The Strong Arm (Reg. No. 4,087,845) in conjunction with "legal services." ("TSA Registration"). TSA Registration, attached as Exhibit 7.

20. When Azar PC filed The Strong Arm trademark application it had to specify a date of first use in commerce. Azar PC's purported first use date is June 30, 2003. *Id.*

21. When Azar PC filed its trademark application for The Strong Arm, and filed the renewal for The Strong Arm, Azar PC had

full knowledge of John Foy and Foy PC's use of the phrase in conjunction with legal services.

25. When Azar PC filed its trademark application for The Strong Arm, the representative for Azar PC made the following declaration in relevant part: "to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce." Trademark Application, attached as Exhibit 8. This declaration was untrue at the time it was made because Azar PC was fully aware of John Foy and Foy PC's prior use, as well as Brian Loncar, Dean Boyd, and many others' use.

***Azar PC's Cease and Desist Letter***

26. Azar PC continued to sit on its purported rights to The Strong Arm name for several more years. On May 31, 2017, roughly fourteen (14) years after John Foy and Foy PC's first use of The Strong Arm, an attorney for Azar PC sent John Foy and Foy PC PLLC a cease and desist letter. Cease and Desist Letter, attached as Exhibit 9.

27. The Cease and Desist Letter alleges Foy PC's infringement of Azar PC's TSA Registration and claims that Azar's PC has "nationwide exclusive rights." The Cease and Desist Letter alleges, "[i]t is beyond dispute that your use of the The Strong Arm® trademark constitutes willful use of a counterfeit mark…, and it intended to

cause confusion by misdirecting consumers and potential clients seeking our client's services." Id.

28. The Cease and Desist Letter concludes, "[w]hile our client prefers to resolve this amicably, we will take all appropriate steps necessary to protect our client's intellectual property rights." Id.

29. The Cease and Desist Letter does not mention any purported infringement of Azar PC's EBF Registration.

## COUNT I

### (Declaratory Judgment of Non-Infringement)

30. Plaintiff incorporates the allegations in the preceding paragraphs as if fully set forth herein.

31. There is an actual controversy between the parties. Azar PC alleges willful infringement of the TSA Registration and has threatened Foy PC with trademark infringement litigation.

32. Azar PC's actions create in Foy PC a real and reasonable apprehension of being sued for trademark infringement. In the Cease and Desist Letter, Azar PC is asserting claims against Foy PC under the federal Lanham Act.

33. Azar PC has engaged in conduct which brings it into adversarial conflict with Foy PC.

34. Foy PC seeks a declaratory judgment declaring that Foy PC is not infringing the TSA Registration and any purported trademark rights of Azar PC.

35. Azar PC has abandoned its The Strong Arm mark by sitting on its purported rights and failing to police its usage by John Foy and Foy PC and multiple third-parties. John Foy and Foy PC's use of The Strong Arm has been open and obvious. Simple Google and YouTube searches have long revealed John Foy and Foy PC's usage of the marks. The parties did joint advertising with the same marketing/production firm under The Strong Arm name several years ago. Other lawyers and law firms use The Strong Arm and even have state trademark registrations for The Strong Arm.

36. Azar PC's claims are also barred by the doctrine of laches in that Azar PC has unreasonably delayed in enforcing its rights and John Foy and Foy PC have suffered material prejudice attributable to that delay.

37. John Foy and Foy PC's use of The Strong Arm either pre-dates Azar's PC's use or was initiated at roughly the same time.

## COUNT II

### (Cancellation of U.S. Trademark Registration)

38. Plaintiff incorporates the allegations in the preceding paragraphs as if fully set forth herein.

39. Foy PC has been and will continue to be damaged by the existence of the TSA Registration and the EBF Registration. Azar PC is trying to leverage the TSA Registration to get Boyd PLLC to quit

using The Strong Arm name John Foy and Foy PC has used for at least 12 years without interference.

40. John Foy and Foy PC's use of The Strong Arm either pre-dates Azar's PC's use or was initiated at roughly the same time.

41. The TSA Registration and EBF Registration were obtained fraudulently. Azar PC's bad faith registrations with express knowledge of John Foy and Foy PC's prior use and rights amount to fraud on the United States Patent & Trademark Office ("USPTO"), by knowingly making false, material misrepresentations with the intent to deceive the USPTO for the purpose of obtaining the registrations, thereby warranting cancellation of the registrations.

## COUNT III

### (In the Alternative Only, Concurrent Use with Territorial Restrictions on the Trademark Registration)

42. Plaintiff incorporates the allegations in the preceding paragraphs as if fully set forth herein.

43. John Foy and Foy PC have used The Strong Arm prior to the earliest of the filing dates of the trademark registrations issued to Azar PC. John Foy and Foy PC are lawful concurrent users.

44. John Foy and Foy PC adopted and first used the Strong Arm mark innocently and without knowledge of any purported superior rights of Azar PC.

45. There is no likelihood of confusion resulting from the continued use of The Strong Arm mark by the parties because of the parties' use of the marks in distinct geographic areas.

46. Foy PC seeks, in the alternative only, a geographic limitation on the TSA Registration and the EBF Registration excluding the Geographic Area from the TSA Registration and the EBF Registrations so that Foy PC has exclusive rights to The Strong Arm mark in the Geographic Area.

## COUNT IV

## (In the Alternative Only, Common Law Trademark Infringement)

47. Plaintiff incorporates the allegations in the preceding paragraphs as if fully set forth herein.

48. John Foy and Foy PC have common law trademark rights in The Strong Arm mark in the Geographic Area superior to Azar PC.

49. In the alternative only, to the extent there is trademark infringement and likelihood of confusion, Azar PC is infringing upon the rights of John Foy and Foy PC in The Strong Arm mark in the Geographic Area because John Foy and Foy PC are the prior users.

## PRAYER FOR RELIEF

**WHEREFORE**, for the foregoing reasons, Foy PC demands judgment against Defendant as follows:

a. A declaratory judgment that Foy PC is not infringing the TSA Registration;

b. Cancellation and/or invalidation of Azar PC's TSA Registration and EBF Registration;

c. In the alternative only, a geographic limitation on the TSA Registration and the EBF Registration excluding the Geographic Area so that Foy PC has exclusive rights to the The Strong Arm mark in the Geographic Area;

d. In the alternative only, actual damages, including damages for infringement;

e. Attorneys' fees and costs of court;

f. Prejudgment and post judgment interest, as authorized by law; and

g. All other relief the Court deems appropriate.

**JURY DEMAND**

Foy herein demands a trial by jury of all issues so triable in the present matter.

Submitted this 14th day of June, 2017.

**KREVOLIN & HORST, LLC**

/s/ Jonathan E. Hawkins
Jonathan E. Hawkins
Georgia Bar No. 338779
Michael A. Boutros
Georgia Bar No. 955802

Krevolin & Horst, LLC
1201 Peachtree Street, N.W.
Suite 3250, One Atlantic Center
Atlanta, GA 30309
Telephone: 404-888-9700
Facsimile: 404-888-9577
hawkins@khlawfirm.com
boutros@khlawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1D, the undersigned counsel certifies that the foregoing document has been prepared in accordance with one of the font and point selections approved by the Court in L.R. 5.1B. This pleading has been prepared using Book Antiqua font (13 point).

Submitted this 14th day of June, 2017.

**KREVOLIN & HORST, LLC**

/s/ Jonathan E. Hawkins
Jonathan E. Hawkins
Georgia Bar No. 338779

*Attorneys for Plaintiff*